No. 02–7276. ORTLOFF *v.* STIFF, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–7280. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7281. VOGEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7282. EDGAR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–7287. GRANGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7288. GRAHAM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–7289. GINDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7301. ROSARIO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–7312. COCHRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7314. CASTRO-CARDENAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7315. NACACIO AMU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–7316. DOE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–7317. POWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7320. SAMUEL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 02–7324. GARCIA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.